IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARA BIERER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No: 3:07-cv-435-JPG ) |
| STOLTZ MANAGEMENT OF DELAWARE, INC., MACY'S RETAIL HOLDINGS, INC., formerly FEDERATED RETAIL HOLDINGS, INC., d/b/a Macy's Department Store, IPC INTERNATIONAL CORPORATION, and SOUTHERN ILLINOIS JANITORIAL SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Remand (Doc. 48) filed by Defendant Southern Illinois Janitorial Services. On January 8, 2009, Plaintiff was granted leave to amend her complaint to add non-diverse Defendant Southern Illinois Janitorial Services to this action. Federal jurisdiction over this action was based solely on diversity of citizenship. 28 U.S.C. § 1447(e) states:

> If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.

Having permitted joinder of a non-diverse defendant, the Court no longer has jurisdiction over this action. Therefore, the Court **GRANTS** the Motion to Remand (Doc. 48), and **REMANDS** this action to the Circuit Court of Jackson County, Illinois from whence it came.

The Court **DENIES as moot** all pending motions.

**IT IS SO ORDERED.**
**DATED: May 28, 2009**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**